PD-1184-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/17/2015 11:21:15 AM
Accepted 12/17/2015 11:42:33 AM
ABEL ACOSTA
CLERK



## Dallas County
### Public Defender's Office

*Notice of Substitution of Counsel*

December 17, 2015

FILED IN
COURT OF CRIMINAL APPEALS

December 17, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

RE:     *Robert Garrett v. The State of Texas*
        Court of Criminal Appeals No.        PD-1184-15
        Court of Appeals No.                 05-13-00883-CR
        Trial Court No.                      F10-52395-R

Dear Mr. Acosta,

Please be advised that Kathleen Walsh will be retiring from the Dallas County Public Defender's Appellate Division, effective December 31, 2015.

Effective today, until a replacement attorney can be hired to assume responsibility for Ms. Walsh's docket, I am replacing Ms. Walsh as the attorney of record in the above case and cause number.

I would be appreciative if the attorney's names could be changed on your records and lists of notifications. Please let me know if you require any additional information. Thank you for your assistance in this matter.

Respectfully,

*/s/ Katherine A. Drew*
Katherine A. Drew
Assistant Public Defender
Chief, Appellate Division

cc:     Kathleen Walsh, Dallas County Public Defender's Appellate Division
        Lori Ordiway, Dallas County Criminal District Attorney's Office, Appellate Section

✎ 133 N. Riverfront Blvd., 9th Floor, LB 2 ✎ Dallas Texas 75207-4313 ✎ Phone: (214) 653-3550 ✎ Fax: (214) 653-3539 ✎